| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| JUSTIN RANKIN and TAM TROUNG, | § § | |
| Plaintiffs, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:22-CV-443 |
| RKI ENERGY RESOURCES, LLC, | § § | |
| Defendant. | § § | |

## ACKNOWLEDGMENT OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal with Prejudice (#22) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the court acknowledges that this action is dismissed in its entirety, effective the date of the parties' dismissal. Each party shall bear its own costs of court and attorneys' fees.

SIGNED at Beaumont, Texas, this 14th day of January, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE